NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN. 135035
wadams@nmalawfirm.com
501 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 233-8200
Fax: (619) 393-0461

Attorney for Defendant
Donnabelle Veler, trustee and individual

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>　　Plaintiff,<br><br>v.<br><br>**Donnabelle Veler,** in individual and representative capacity as trustee of the Donnabella Veler Revocable Trust dated 1/25/2001; **Lux Evergreen, Inc.,** a California Corporation; and Does 1-10,<br><br>　　Defendant. | Case No. 3:20-cv-00629-AJB-AGS<br><br>**Complaint Filed: March 31, 2020**<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>FRCP Rules 12(b)(1), 12(b)(6), & 12(h)(3); & 28 USC §1367(c)<br><br>Date: August 27, 2020<br>Time: 2:00 P.M.<br>Courtroom: 4A<br>Judge: Hon. Anthony J. Battaglia |

NORTON MOORE & ADAMS LLP
501 West Broadway, Suite 800
San Diego, California 92101
Ph: (619) 233-8200
wadams@nmalawfirm.com

**TO ALL PARTIES and THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 27, 2020 at 2:00 P.M. in the Edward J. Schwartz United States Courthouse, Courtroom 4A, 221 West Broadway, San Diego, CA 92101, the Honorable Anthony J. Battaglia presiding, Defendant DONNABELLE VELER, as a trustee and an individual (hereinafter, "Defendant") will and hereby does move this Court for issuance of an Order dismissing the Complaint of Plaintiff CHRIS LANGER ("Plaintiff") in the above-captioned lawsuit.

Defendant's motion is based on the following grounds:

1. Plaintiff's first cause of action is moot
2. Plaintiff fails to plead facts sufficient to state causes of action and standing
3. State law claims predominate Plaintiff's Complaint,
4. There are novel and complex issues of state law, and
5. There are compelling reasons to decline supplemental jurisdiction under 28 U.S.C. §1367(c).

This motion is made following the conference of counsel which took place on June 17, 2020.

Defendant's motion to dismiss will be and is based upon this notice of motion and motion, Defendants' memorandum of points and authorities (filed concurrently), any Declarations or exhibits filed herewith, and the parties' subsequent briefing, declarations, evidence, and any additional argument and evidence which this Court chooses to entertain at the time of hearing on this motion.

Date: July 2, 2020     **NORTON MOORE & ADAMS LLP**

By: /s/William Adams
William A. Adams
Attorney for Defendant